JOHN H. HAMPTON, Plaintiff, *v.* VILLAGE OF FREEPORT et al., Appellants, and JOHN ROSELLE et al., Respondents, Impleaded with Others.

PROGRESSIVE CLAY COMPANY, Plaintiff, *v.* VILLAGE OF FREEPORT et al., Appellants, and JOHN ROSELLE et al., Respondents, Impleaded with Others.

(Argued January 29, 1936; decided March 3, 1936.)

600

*Martin A. Schenck, Harold C. McCollom* and *Ralph C. Williams, Jr.,* for Village of Freeport, appellant.

*Frederic White Shepard* for Long Island Labor Service Corporation, appellant.

*Harvey J. George* for Irving Trust Company, as trustee, respondent.

*J. Franklin Tausch* and *Arthur Schneider* for John Roselle et al., lienors, respondents.

Judgment affirmed, with costs. The question as to whether the Long Island Labor Service, Inc., could file a lien as a subcontractor for furnishing labor is not here. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and FINCH, JJ. Not sitting: LOUGHRAN, J.